Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SPATZ, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GASPAR MAZZARESE, Appellant.— Judgment of conviction of the County Court of Richmond county reversed upon the law and the facts and a new trial ordered for errors in the admission of testimony in the cross-examination of the defendant as to the facts involved in the commission of the crime for which he had previously been convicted and the circumstances surrounding his plea of guilty to that charge, at folios 96 and 106, inclusive, of the record. In our opinion the admission of this evidence, especially when coupled with the charge of the court at folio 157, was prejudicial and requires a reversal of this judgment. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

SAMUEL RUBEL, Respondent, v. JAY CARTON, Appellant.— Order denying defendant's motion to direct plaintiff to reply to certain defenses and order granting plaintiff's motion to strike out certain paragraphs of amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

MARY SICILIA, Respondent, v. THOMAS ROULSTON, INC., Defendant, and PETER B. RENNING, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

THE VILLAGE OF OCEAN BEACH, Appellant, v. OCEAN BEACH WATER COMPANY and Others, Respondents.— Order directing that amended answer of defendant Irving Trust Company be substituted for its original answer and filed as of the date of the order affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

ROBERT WIPPERMANN, Appellant, v. FRANK CAMMARATO and VINCENZO TERMINI, Respondents, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

ELNORA YOUMANS, Appellant, v. GEORGE W. YOUMANS, Respondent.— Judgment modified by adding thereto that the dismissal of the complaint is " without prejudice," and as modified unanimously affirmed, without costs. The memorandum of the learned trial justice does not control or affect the decision and judgment. The case stands with the plaintiff's complaint dismissed. The marital rights and obligations of the parties are what they were before the commencement of the action. In the light of the foregoing determination, the appeal from the order denying alimony and conditionally granting counsel fee, is dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

FANNIE BILLIG, Respondent, v. BOSTON SHOE MARKET, INC., and ISRAEL A. SNITZER, Appellants.— Application granted.

LOUIS FEINBERG and Others, etc., Appellants, v. O. F. B. REALTY Co., INC., Respondent.— Application denied, with ten dollars costs.

HUDSON HOLDING CORPORATION and RAYGAN HOLDING CORPORATION, Plaintiffs,